UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MARIA HERRERA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 11 C 8593 |
| | ) | |
| v. | ) | Magistrate Judge Denlow |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) ) | |
| | ) | |
| Defendant. | ) | |

**COMMISSIONER'S MOTION TO AFFIRM THE COMMISSIONER'S DECISION**

Defendant, Michael J. Astrue, Commissioner of Social Security, by Gary S. Shapiro, Acting United States Attorney for the Northern District of Illinois, moves pursuant to 42 U.S.C. § 405(g), for judgment to be entered affirming the Commissioner's decision.

A memorandum in support is filed with this motion.

                                                               Respectfully submitted,

                                                              GARY S. SHAPIRO
                                                              Acting United States Attorney

                                                              By: s/ Jonathan C. Haile
                                                                  JONATHAN C. HAILE
                                                                  Assistant United States Attorney
                                                                  219 South Dearborn Street
                                                                  Chicago, Illinois 60604
                                                                  (312) 886-2055
                                                                  jonathan.haile@usdoj.gov